UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 11CR10206

V.

ARCHIE ALLEN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, ARCHIE ALLEN, by and through counsel, and hereby move this Court to continue his March 21, 2013, Sentencing Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on March 21, 2013, at 11:00 a.m. for his Sentencing Hearing;

2. The basis for requesting this continuance is that the undersigned counsel is scheduled for a Trial at the 10th Circuit/District Division/Seabrook Court, State v. Jennifer Ahl, and it was ordered that no further continuances be filed with regard to this trial.

3. The defendant is aware of this motion;

4. That Attorney Emily Cummings of the U.S. Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant the within Assented to Motion to Continue.

                        Respectfully submitted,
                        Archie Allen,
                        By his Attorney,

Date:   February 4, 2013         /S/Paul J. Garrity
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        603-434-4l06
                                        Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 4th day of February, 2013, a copy of the within was e-filed to the United States Attorney's Office and mailed, postage prepaid, to Archie Allen.

                                                            /S/Paul J. Garrity
                                                            Paul J. Garritty