UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 11CR10206-DPW

V.

ARCHIE ALLEN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, ARCHIE ALLEN, by and through counsel, and hereby move this Court to continue his April 23, 2013, Sentencing Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on April 23, 2013, at 2:30 p.m. for his Sentencing Hearing;

2. The basis for requesting this continuance is that the undersigned counsel is scheduled to be on vacation from April 22, through 26, 2013 (school vacation week in New Hampshire).  The undersigned counsel secured air travel plans prior to the scheduling of the April 23, 2013, sentencing date.

3. The defendant is aware of this motion;

4.  That Attorney Emily Cummings of the U.S. Attorney's Office has no objection to this Motion to Continue.  All parties are in agreement to rescheduled to the Sentencing hearing to May 9, 2013, at 2:00 p.m. at the United State District Court, District of Massachusetts.

WHEREFORE, the defendant respectfully requests that this Court grant the within Assented to Motion to Continue and rescheduled the Sentencing Hearing to May 9, 2013, at 2:00 p.m.

                                                Respectfully submitted,
                                                Archie Allen,
                                                By his Attorney,

Date:   March 21, 2013          /S/Paul J. Garrity_____
                                                Paul J. Garrity
                                                14 Londonderry Road
                                                Londonderry, NH 03053
                                                603-434-4l06
                                                Bar No. 555976

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 21st day of March, 2013, a copy of the within was e-filed to the United States Attorney's Office and mailed, postage prepaid, to Archie Allen.

                                                /S/Paul J. Garrity_____
                                                Paul J. Garritty