UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 11-10206-DPW |
| ) | |
| ARCHIE ALLEN ) | |

**DISMISSAL OF INDICTMENT AND SUPERSEDING INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the One-Count Indictment charging defendant Archie Allen with one count of possession with intent to distribute and distribution of cocaine, in violation of Title 21, United States Code Section 841(a)(1) and dismisses the One-Count Superseding Indictment charging defendant Archie Allen with one count of possession with intent to distribute and distribution of more than 28 grams of cocaine base, in violation of Title 21, United States Code Sections 841(a)(1) and ((b)(1)(B). In support of this dismissal, the government states that Archie Allen has pleaded guilty to a Superseding Information charging him with one count of conspiracy to distribute more than 280 grams of cocaine base, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A), and the dismissal is in the interests of justice.

                                              Respectfully submitted,
                                              CARMEN M. ORTIZ,
                                              United States Attorney

                              By:   /s/ Emily Cummings
                                              Emily Cummings,
                                              Assistant U.S. Attorney

Leave to File Granted:

/s/ Douglas P. Woodlock
Douglas P. Woodlock, Judge
United States District Court

[FILED IN CLERK'S OFFICE 2013 MAY 14 P 3:21 U.S. DISTRICT COURT DISTRICT OF MASS.]

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____
Emily Cummings
Assistant United States Attorney

Date: May 14, 2013