AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-10206-DPW |
| Archie Allen | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 11/14/2014

/s/: Nathaniel R. Mendell
*Attorney's signature*

Nathaniel R. Mendell
*Printed name and bar number*

U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

nathaniel.mendell@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3965
*FAX number*