# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 11-10206-DPW |
| v. ) | |
| ) | |
| ARCHIE ALLEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO APRIL 30, 2015, TO FILE STATUS REPORT

The United States, by and through Assistant United States Attorneys Nathaniel R. Mendell and Jennifer H. Zacks, hereby respectfully moves the Court to extend the time to file the parties' joint status report to April 30, 2015. In support of the request, the government submits the following.

The government has begun drafting a proposed joint status report. However, additional time is necessary to obtain and review relevant materials, formulate the government's recommendation, confer with counsel for the defendant, and file a joint status report as directed by the Court's procedural order. The defendant is currently scheduled to be released on approximately October 10, 2017.

In light of the foregoing, the government respectfully requests that the Court extend the time to file a status report to April 30, 2015.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Jennifer H. Zacks
Nathaniel R. Mendell
Jennifer H. Zacks
D.C. Bar No. 431747
Assistant U.S. Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3304
JZacks@usa.doj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date:  February 25, 2015                         /s/ Jennifer H. Zacks
                                                 Jennifer H. Zacks
                                                 Assistant United States Attorney